UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 00-1660 (PAM/JGL)

Kathryn Fure,

Plaintiff,

v.

**ORDER
OF RECUSAL**

Fortis, Inc.

Defendant.

---

The above-entitled matter was originally assigned to the Chief Judge Paul A. Magnuson as a matter of course. Judge Magnuson hereby recuses himself from this case as he is the owner of mutual funds with defendant corporation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Judge Paul A.Magnuson is recused; and

2. This case shall be returned to the Clerk of Court for assignment to another District Court Judge.

Dated: February 21, 2001

Paul A. Magnuson
United States District Court Judge

FILED FEB 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, this case is reassigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER 00-1660 DWF/AJB

Use this case number for all further filings.