UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KATHRYN FURE,

Plaintiff,

v.

FORTIS, INC.,

Defendant.

Case No. 00-1660 DWF/AJB

NOTICE OF STATUS CONFERENCE

---

You are hereby given notice that a telephonic status conference call in the above referenced case has been scheduled to take place on November 13, 2001, at 9:00 a.m., before the undersigned Magistrate Judge. Plaintiff's counsel shall initiate the call.

Dated: 5/10/01

Arthur J. Boylan
U. S. Magistrate Judge

Filed MAY 10 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______