**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KATHRYN FURE,

Plaintiff,

v.

FORTIS, INC.,

Defendant.

Civil No. 00-1660 (DWF/AJB)

**ORDER OF REFERENCE**

---

Dee Rowe, Esq., Rowe Law Office, 2204 Fremont Avenue South, Minneapolis, MN 55405, counsel for Plaintiff.

James Roth, Esq., and Thomas Klecker, Esq., Messerli & Kramer, 1800 Fifth Street Towers, 150 South 5th Street, Minneapolis, MN 55402-4218, counsel for Defendant.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Plaintiff's Motion to Amend for Supplemental Jurisdiction over State Law Claims (Docket No. 18) and Defendant's Motion to Stay or to Dismiss Without Prejudice (Docket No. 21) is referred to Magistrate Judge Arthur J. Boylan.

Counsel are directed to call and schedule the motion with Calendar Clerk ~~Kathy Thobe at~~ 651-848-1210.

Dated: February 20, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 2 0 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________